**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

IVETTE T. ECHENIQUE,

Plaintiff,

-against-

PRESIDENT TRUMP, et al.,

Defendants.

-------------------------------------------------------------X

25 **CIVIL** 10498 (LLS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 29, 2026, the Court has dismissed this action for the reasons set forth in the order. The Court has dismissed Plaintiff's claims in which she seeks the criminal prosecution of others for lack of standing and, therefore, for lack of subject matter jurisdiction. *See* Fed. Civ. P. 12(h)(3). The Court dismisses Plaintiff's remaining claims as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i). Accordingly, the Court has denied all of Plaintiff's pending motions and requests for relief.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**